IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | Case No. 3:17-CR-030-001 |
| ) | |
| ) | JUDGE CRYTZER |
| JERRY HELTON ) | |

## AGREED ORDER OF REVOCATION

A Petition for Warrant for Offender under Supervision has been filed against the defendant, Mr. Jerry Helton, and the defendant admits that he has violated his supervised release as alleged in the Petition. An agreement has been reached between the parties, recommending that Mr. Helton's supervised release should be revoked and that he should receive a sentence of imprisonment of twenty-four (24) months with no supervised release to follow.

Mr. Helton agrees to waive his right to a hearing pursuant to Rule 32 of the Rules of Criminal Procedure, waive his right to allocute at a revocation hearing, and asks that the agreement of the defendant and the government Pursuant to Rule 11 of the Federal Rules of Criminal Procedure be found to be a proper sentence.

This Court has considered the Chapter Seven policy statements in the United States Sentencing Guidelines. The defendant's criminal history is IV. The Petition for Warrant for Offender Under Supervision alleges Grade B violations. As such, the advisory guideline range is 12-18 months and there is a statutory maximum of two (2) years imprisonment. The Court has also considered the factors listed in 18 U.S.C. §3553(a).

Based on the foregoing, the Court finds that the recommended sentence is sufficient, but not greater than necessary, to accomplish the purposes set forth in 18 U.S.C. §3553(a) while taking

into consideration all of those factors and the Chapter Seven policy statements.

**IT IS HEREBY ORDERED**, therefore, that the defendant's supervised release is revoked. The defendant is hereby sentenced to a term of imprisonment of twenty-four (24) months with no supervised release to follow.

ENTERED, this  16th  day of  November , 2023.

_____
Honorable Katherine A. Crytzer
United States District Court Judge

APPROVED FOR ENTRY:

/s/ Jerry Helton by gnw w/ permission
Jerry Helton
Defendant

*G. Nicholas Wallace*
G. Nicholas Wallace
Attorney for Defendant

/s/ Miriam Johnson by gnw w/ permission
Miriam Johnson
Assistant U.S. Attorney

Rhonda Lay
U.S. Probation Officer